**No. 65036.**—Delarue & Co., Inc. *v.* United States, protest 60/9332 (New York).

Opinion by FORD, J. An examination of the official papers indicating that the protest was not filed within the time prescribed by section 514, Tariff Act of 1930, the motion was denied, and the protest was dismissed as untimely.

BEFORE THE THIRD DIVISION, JANUARY 13, 1961

**No. 65037.**—Bunge Corporation *v.* United States, protest 305959–K(D) (New York.)

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65038.**—Rathjen Bros., Inc. *v.* United States, protest 109704–K (Tampa).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.